Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ALLEN OKERBLOM,<br><br>　　　　　　　Defendant. | No.  6:10-mj-083-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.


　　　Dated:  March 16, 2016　　　　　　　　NATIONAL PARK SERVICE


　　　　　　　　　　　　　　　　　　　　　　　 /S/ Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Michael Allen Okerblom;* 6:10-mj-083-MJS, be dismissed, without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:   March 17, 2016              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

.